# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY C. ROUSSEAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY-DAVIDSON FINANCIAL )<br>SERVICES, INC., )<br>)<br>Defendant. ) | Civil Action No. 05-0931<br><br>Judge Donetta W. Ambrose<br><br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 22nd day of Dec., 2005, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal With Prejudice, it is hereby ORDERED that Civil Action No. 05-0931 is dismissed in its entirety with prejudice, with each party to bear her and its own costs, expenses, and attorneys' fees.

_____
United States District Judge